IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO NGWAZI WOOTEN,

    Plaintiff,                              No. CIV S-10-2138 DAD P

    vs.

MIKE GREGORY SOKOLOV,

    Defendant.                          <u>ORDER</u>

                                    /

          Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

          Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

1

1 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
2 extension of time to do so will result in a recommendation that this action be dismissed without
3 prejudice; and
4     2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
5 In Forma Pauperis By a Prisoner for use in a civil rights action.
6 DATED: August 30, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly:sj
woot2138.3a